1    SHIRLI F. WEISS (Bar No. 079225)
     CHRISTOPHER M. YOUNG (Bar No. 163319)
2    NOAH A. KATSELL (Bar No. 217090)
     DLA PIPER LLP (US)
3    401 B Street, Suite 1700
     San Diego, CA  92101-4297
4    Tel:  619.699.2700
     Fax:  619.699.2701
5    shirli.weiss@dlapiper.com
     christopher.young@dlapiper.com
6    noah.katsell@dlapiper.com

7    PAUL J. HALL (Bar No. 66084)
     DLA PIPER LLP (US)
8    555 Mission Street Suite 2400
     San Francisco, CA 94105
9    Tel:  415.836.2500
     Fax:  619.699.2701
10   paul.hall@dlapiper.com

11   Attorneys for Defendant
     GROUPON, INC.

12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

17   WILLIAM EIDENMULLER, on Behalf      CASE NO.  4:11-cv-00984 (SBA)
     of Himself and All Other Similarly
18   Situated and the General Public,    **STIPULATION AND ORDER FOR**
                                          **CONTINUANCE OF CASE**
19                          Plaintiff,    **MANAGEMENT CONFERENCE AND**
                                          **RELATED DATES**
20              v.
                                          Case Management Conference:
21   GROUPON, INC., a Delaware
     Corporation,                         Date:        June 22, 2011
22                                        Time:        2:30 p.m. via telephone
                            Defendants.   Courtroom:   1
23                                        Judge:       Hon. Saundra Brown Armstrong

24

25

26

27

28

Plaintiff William Eidenmuller ("Plaintiff") and Defendant Groupon, Inc. ("Groupon") by and through their respective attorneys of record, stipulate as follows:

1.     The initial Case Management Conference in this action is set for June 22, 2011 at 2:30 p.m. via telephone.

2.     Pursuant to the Order Setting Initial Case Management Conference, the deadline to file the Rule 26(f) Report, complete initial disclosures or state objections to initial disclosures in the Rule 26(f) Report, and file the Case Management Conference Statement is June 8, 2011, and the deadline for the parties to meet and confer pursuant to Rule 26(f), file the ADR Certification, and file either a stipulation to ADR Process or Notice of Need for ADR Phone Conference is May 25, 2011.

3.     On May 16, 2011, the Judicial Panel on Multidistrict Litigation ("JPML") will hear a motion to consolidate this case, along with other cases pending against Groupon and certain "retailer" defendants in various district courts and involving similar allegations ("MDL Motion").

4.     The parties have previously stipulated and agreed to extend Groupon's time to respond to the complaint until (i) 45 days after the filing of a Consolidated Amended Complaint or whatever other deadline is set by the transferee court, in the event the JPML grants the MDL Motion, or (ii) 45 days after service of the JPML's decision on the MDL Motion to consolidate or whatever deadline is set by this Court, in the event the JPML denies the MDL Motion to consolidate

5.     In light of the above, the parties hereby stipulate and request that the Court stay all currently pending dates and deadlines in this matter, including the Case Management Conference currently scheduled for June 22, 2011 at 2:30 p.m., pending the JPML's decision on the MDL Motion.  The parties further request that in the event the JPML denies the MDL Motion, the

/////

/////

/////

/////

1    Court reset the Case Management Conference for a date no sooner than 45 days after service of

2    the JPML's decision on the MDL Motion.

3    **IT IS SO STIPULATED**.

4

5    Dated:  April 28, 2011

                                        DLA PIPER LLP (US)
6

7                                        By __s/ Christopher M. Young_____

8                                           SHIRLI F. WEISS
                                            PAUL J. HALL
9                                           CHRISTOPHER M. YOUNG
                                            NOAH A. KATSELL
10                                          Attorneys for Defendant
                                            GROUPON, INC.
11

12   Dated:  April 28, 2011                 BONNETT, FAIRBOURN, FRIEDMAN &
                                            BALINT, P.C.

13                                       By __s/ Andrew S. Friedman_____

14                                          ANDREW S. FRIEDMAN
                                            ELAINE A. RYAN
15                                          PATRICIA N. SYVERSON
                                            TODD D. CARPENTER
16                                          Attorneys for Plaintiff
                                            WILLIAM EIDENMULLER
17

18        I, Christopher M. Young, attest that concurrence in the filing of this document has been

19   obtained from each of the signatories.  I declare under penalty of perjury under the laws of the

20   United States of America that the foregoing is true and correct.  Executed on this 28th day of

21   April, 2011 at San Diego, California.

22                                       By: __s/ Christopher M. Young_____
                                            CHRISTOPHER M. YOUNG
23                                          Attorney for Defendant Groupon, Inc.

24

25

26

27

28

1

## **ORDER**

2         PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY

3   ORDERED that all dates and deadlines in this matter are stayed pending the decision of the

4   Judicial Panel on Multidistrict Litigation ("JPML") on the MDL Motion to consolidate.  ~~The Case~~

5   ~~Management Conference currently scheduled for June 22, 2011 at 2:30 p.m. is taken off calendar,~~

6   ~~and shall be rescheduled for a date no sooner than 45 days after service of the JPML's decision on~~

7   ~~the MDL Motion, in the event the JPML denies the MDL Motion~~.  The telephonic Case

8   Management Conference currently scheduled for June 22, 2011 is CONTINUED to **September 7,**

9   **2011 at 3:30 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and

10   confer and prepare a joint Case Management Conference Statement.  The joint statement shall be

11   filed no later than ten (10) days prior to the conference and shall comply with the Standing Order

12   for All Judges of the Northern District of California and the Standing Order of this Court.

13   Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.

14   All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

15         IT IS SO ORDERED.

16

17   Dated:  April 29, 2011                  _Sandra B Armstrong_

18                         The Hon. Saundra Brown Armstrong
                      U.S. District Court Judge

19

20

21

22

23

24

25

26

27

28